# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

THOMAS THOMPSON,

    Plaintiff,

    v.                                               1:24-cv-00126-JJM-LDA

JERAME SADOWSKI
ET AL.,

    Defendants.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Pursuant to this Court's order entered on April 24, 2024, and in accordance with Fed. R. Civ. P. 58., judgment is hereby entered dismissing the plaintiff's complaint.

    <u>It is so ordered</u>.

April 24, 2024                                  By the Court:

                                                       <u>/s/ Hanorah Tyer-Witek.</u>
                                                       Clerk of Court